# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**ANSLY DAMUS,**

    Petitioner,                                  Civil No. 18-12821

v.                                               Honorable Judith E. Levy

**REBECCA ADDUCCI**,                  Mag. Judge Elizabeth A. Stafford
in her official capacity, *et al.*,

    Respondents.

## STIPULATED ORDER DISMISSING CASE WITH PREJUDICE

WHEREAS the Respondents have agreed to parole Mr. Damus from immigration custody before 5 p.m. on November 30, 2018 in Cleveland Heights, Ohio;

WHEREAS Petitioner has agreed to electronic monitoring in the form of an ankle monitor, subject to the standard terms of such monitoring, which allow him to request removal of the monitor after 60 days and again after 90 days, and which require ICE to consider those requests;

WHEREAS Petitioner agrees to reside with his previously identified sponsors, Gary Benjamin and Melody Hart, at their residence;

WHEREAS Petitioner agrees not to change his residence without a modification to his terms of parole agreed to by the agency;

WHEREAS the Parties both agree that Petitioner and the Agency are bound by all standard statutory and regulatory duties, terms, and limitations related to parole;

THEREFORE, the parties having entered into a settlement agreement, and pursuant to the agreement of the parties, IT IS HEREBY ORDERED that this case is dismissed with prejudice, with each party to bear its own costs.

**IT IS SO ORDERED**.

Dated: November 29, 2018                                    s/Judith E. Levy
                                                                                  JUDITH E. LEVY
                                                                                  United States District Judge


SO STIPULATED AND AGREED TO BY:

| AMERICAN CIVIL LIBERTIES UNION FOUNDATION IMMIGRANTS' RIGHTS PROJECT | MATTHEW SCHNEIDER<br>United States Attorney |
|---|---|
| By: */s/ David Hausman (with permission)*<br>**DAVID HAUSMAN (NY 5510011)**<br>125 Broad St., 18th Floor<br>New York, New York 10004<br>Office:  (212) 549-2660<br>Facsimile:  (212) 549-2654<br>Email:  dhausman@aclu.org<br>*Attorney for Petitioner* | By: */s/ James J. Carty*<br>**JAMES J. CARTY (P74978)**<br>Assistant United States Attorney<br>211 W. Fort Street, Suite 2001<br>Detroit, Michigan 48226<br>Office:  (313) 226-9705<br>Facsimile:  (313) 226-3271<br>Email:  james.carty@usdoj.gov<br>*Attorneys for Respondent* |
| Dated:  November 29, 2019 | Dated:  November 29, 2019 |